# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2123
Lower Tribunal Nos. F15-11325, F20-10060, F20-10061 & F15-10530B

_____

**David Montero,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

David Montero, in proper person.

James Uthmeier, Attorney General, and Yolande Marva Samerson, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Barnes v. State, 124 So. 3d 904, 913 (Fla. 2013) ("[N]ot

every manifestation of mental illness demonstrates incompetence to stand trial; rather, the evidence must indicate a present inability to assist counsel or understand the charges." (quoting Card v. Singletary, 981 F.2d 481, 487–88 (11th Cir.1992))); Woodbury v. State, 320 So. 3d 631, 644 (Fla. 2021); see also Damas v. State, 423 So. 3d 811, 820 (Fla. 2025).